**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00154-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

LATASIA HOLLIS,

      Plaintiff,

v.

EXECUTIVE DIRECTOR TOM CLEMENT, and
PAROLE OFFICER MORRIS,

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order.  Plaintiff will be directed to cure the

following if she wishes to pursue her claims.  Any papers that the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   X_     is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing: (Account statement submitted is
                  not certified by an appropriate official of Plaintiff's penal institution.)
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   __     is missing an original signature by the prisoner

(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application
(9)  __  other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)  __  is not submitted
(11)  __  is not on proper form (must use the court's current form)
(12)  __  is missing an original signature by the prisoner
(13)  __  is missing page nos. ___
(14)  __  uses et al. instead of listing all parties in caption
(15)  __  names in caption do not match names in text
(16)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __  other: _____

Accordingly, it is

    ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

    FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the complaint and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

    DATED February 2, 2012, at Denver, Colorado.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge