IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00154-BNB

LATASIA HOLLIS,

    Plaintiff,

v.

EXECUTIVE DIRECTOR TOM CLEMENT, and
PAROLE OFFICER MORRIS,

    Defendants.

## **AMENDED MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has submitted a letter to the Court (Doc. No. 6) requesting an extension of time to pay the initial partial filing fee of $6.00. The request will be granted. Plaintiff shall pay the initial partial filing fee **on or before May 8, 2012**. No further extensions will be granted without a showing of just cause.

    Dated: March 29, 2012