IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00154-BNB

LATASIA HOLLIS,

    Plaintiff,

v.

EXECUTIVE DIRECTOR TOM CLEMENT, and
PAROLE OFFICER MORRIS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Latasia Hollis, is in the custody of the Colorado Department of Corrections and is incarcerated at the Denver Women's Correctional Facility in Denver, Colorado. Ms. Hollis has filed *pro se* a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983 asserting a deprivation of her constitutional rights.

    In an Order entered on March 8, 2012, Magistrate Judge Boyd N. Boland granted Ms. Hollis leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Based on the information Plaintiff provided about her financial status, the court found that Plaintiff was able to pay an initial partial filing fee of $6.00 pursuant to § 1915(b)(1). Ms. Hollis was ordered to pay the initial partial filing fee within thirty (30) days from the date of the March 8 Order or show cause why she has no assets and no means by which to pay the designated initial partial filing fee. Plaintiff was advised that in order to show cause, she must file a current certified copy of his trust fund account statement. Ms. Hollis was warned that if she failed to have the designated initial partial filing fee sent to the clerk of

the court within the time allowed, or to show cause as directed above, the Prisoner Complaint would be dismissed without further notice.

On March 29, 2012, the Court granted Plaintiff an extension of time, until May 8, 2012, to pay the initial partial filing fee. Ms. Hollis was warned in the March 29 Minute Order that no further extensions would be granted absent a showing of just cause.

Ms. Hollis has now failed either to pay the initial partial filing fee within the time allowed, as designated in the March 29 Minute Order, or, in the alternative, to show cause why he has no assets and no means by which to pay the designated fee. Plaintiff has not filed anything with the Court since her motion for extension of time on March 23, 2012.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $6.00 or to show cause why she has no assets and no means by which to pay the designated fee. It is

FURTHER ORDERED that no certificate of appealability will issue because jurists of reason would not debate the correctness of this procedural ruling and Plaintiff has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Plaintiff may file a motion in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   16th   day of      May      , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court